IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREG LENORIS DUBOSE, #190408, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:11-cv-0019-TMH |
| | ) |
| WILLIE THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The plaintiff's Objection to the Magistrate Judge Recommendation (Doc. #7) filed on February 1, 2011 is overruled;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #6) entered on January 25, 2011 is adopted;

(3)  This case is DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this the 15th day of March, 2011.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE